liam W. Bride, Vernon E. West, and Francis H. Stephens for petitioners. No appearance for respondent. ■

No. 247. GREAT NORTHERN RY. CO. v. BURNET, COMMISSIONER OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. F. G. Dorety* and *J. P. Plunkett* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist* and *Messrs. Claude R. Branch, Sewall Key, John Vaughan Groner, W. Marvin Smith, Clarence M. Charest,* and *Percy S. Crewe* for respondent.

No. 248. CHESAPEAKE & OHIO RY. CO. v. FULTZ, ADMINISTRATRIX; and

No. 249. SAME v. SAME. October 13, 1930. Petition for writs of certiorari to the Appellate Court of Indiana and to the Supreme Court of Indiana denied. *Mr. Albert H. Cole* for petitioner. *Messrs. Tom Davis* and *Ernest A. Michel* for respondent. Reported below: 161 N. E. 835.

No. 250. NICKMAN v. NEW YORK LIFE INS. CO. October 13, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John A. Cline* for petitioner. *Mr. James R. Garfield* for respondent.

No. 251. RUBIO v. COLLECTOR OF INTERNAL REVENUE. October 13, 1930. Petition for writ of certiorari to the Supreme Court of the Philippine Islands denied. *Messrs. C. A. DeWitt, E. A. Perkins, Dean Hill Stanley,* and